| | | | |
|---|---|---|---|
| Freeman v. Green | OP 16-0645<br>Denied | 11/15/16 | Original Proceeding<br>Habeas Corpus |
| DOR v. 8th Judicial<br>District Court | OP 16-0591<br>Denied | 11/15/16 | Original Proceeding<br>Supervisory Control |
| State v. Coulter III<br>2016 MT 303N | DA 15-0587<br>Affirmed | 11/22/16 | Dist. 22 (Carbon) |
| Peterson v.<br>Kirkegard | OP 16-0668<br>Denied | 11/22/16 | Original Proceeding<br>Habeas Corpus |
| Converse v.<br>Kirkegard | OP 16-0660<br>Denied | 11/22/16 | Original Proceeding<br>Habeas Corpus |
| Estate of Brock<br>2016 MT 304N | DA 15-0800<br>Affirmed &<br>Remanded | 11/22/16 | Dist. 6 (Park) |
| State v. McFee<br>2016 MT 310N | DA 15-0211<br>Affirmed | 11/29/16 | Dist. 9 (Toole) |
| State v. Fernandez<br>2016 MT 311 | DA 15-0074<br>Affirmed | 11/29/16 | Dist. 4 (Missoula) |
| Wiggins v.<br>Residential Credit<br>2016 MT 312N | DA 16-0191<br>Affirmed | 11/29/16 | Dist. 20 (Lake) |
| McCrorie v. Franz<br>2016 MT 313N | DA 16-0046<br>Affirmed | 11/29/16 | Dist. 11 (Flathead) |
| State v. Kampf<br>2016 MT 314N | DA 15-0570<br>Affirmed | 11/29/16 | Dist. 11 (Flathead) |
| Estate of A.H.E.<br>2016 MT 315N | DA 16-0304<br>Affirmed | 11/29/16 | Dist. 13<br>(Yellowstone) |
| ARCo v. 2nd Judicial<br>District | OP 16-0555<br>Denied | 11/29/16 | Original Proceeding<br>Over length brief |
| Shepard v. 1st<br>Judicial District | OP 16-0712<br>Denied | 11/29/16 | Original Proceeding<br>Supervisory Control |
| In re Korman<br>2016 MT 319N | DA 16-0071<br>Affirmed | 12/06/16 | Water Court |